UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                                  CRIMINAL

                                                                    CASE NO. 05-10242-JLT

JOSSEY CARABELLO
            Defendant

## APPOINTMENT OF FEDERAL DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is hereby ORDERED that the Federal Defender Office for the District of Massachusetts be appointed, effective as of    4/5/2007    to represent said defendant in this cause until further order of the Court.

                                        SARAH A. THORNTON
                                        CLERK OF COURT

                              By:    /s/ Marc K. Duffy, Esq.
                                        Deputy Clerk

(AAppoint FPD (Carabello).wpd - 3/7/2005)