AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

JOSSEY CARABELLO

**WARRANT FOR ARREST**

Case Number: CR 05-10242-JLT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __JOSSEY CARABELLO__
                                                                                                  Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   ☐ Order of court   ☐ Violation   X Probation Violation Petition

charging him or her   (brief description of offense)

VIOLATION OF CONDITIONS OF SUPERVISED RELEASE.

in violation of _____ United States Code, Section(s) _____

Zita Lovett                                           Deputy Clerk
Name of Issuing Officer                    Title of Issuing Officer

/s/ Zita Lovett                                  03-02-07   Boston, MA
Signature of Issuing Officer           Date and Location

Bail fixed at $ _____ by _____
                                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |
| IN SALEM, MASS |

| DATE RECEIVED 4/5/07 | NAME AND TITLE OF ARRESTING OFFICER Francis P. Dawson JR Deputy U.S. Marshal | SIGNATURE OF ARRESTING OFFICER /s/ Francis P. Dawson Jr |
|---|---|---|
| DATE OF ARREST 4/5/07 | | |