# United States District Court
## District of Massachusetts

UNITED STATES OF AMERICA

CR 05-10242-JLT

V

JOSSEY CARABELLO

### REVOCATION JUDGMENT

TAURO, D.J.                                              June 26, 2007

The defendant having come before me on **June 19, 2007, for the purpose of a Revocation of Supervised Release hearing** and having admitted to the Violations of as described in the United States Probation Petition for Warrant dated March 10, 2005, it is the finding of this Court that the defendant violated the terms of supervised release as set down by the Court on August 22, 2001, as to these conditions.

   Therefore, sentence is imposed as follows:

      1. SUPERVISED RELEASE IS REVOKED.

      2. TIME SERVED.

      3. 18 MONTHS SUPERVISED RELEASE.

4.   ALL OTHER CONDITIONS OF SUPERVISED RELEASE PREVIOUSLY IMPOSED AT TIME OF ORIGINAL SENTENCING REMAIN IN EFFECT.

SO ORDERED,

JOSEPH L. TAURO,
U.S.D.J.